IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK LEE FAIN,

Petitioner,

v.

JEFF PREMO, Superintendent, Oregon State Penitentiary,

Respondent.

Case No. 6:16-cv-00643-SB

ORDER

**BROWN, Judge.**

Petitioner's Motion for Voluntary Dismissal (ECF No. 28) is GRANTED. This proceeding is dismissed, without prejudice. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 13th day of April, 2017.

Anna J. Brown
United States District Judge

1 - ORDER